| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 13-5482    DATE FILED 9/19/2013 | Eastern District of Pennsylvania<br>601 Market Street - Room 2609<br>Philadelphia, PA 19106 |

| PLAINTIFF<br>MALIBU MEDIA, LLC<br>409 W. Olympic Blvd. - Ste. 501<br>Los Angeles, CA 90015 | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 - SEE ATTACHED - | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Michael E. Kunz, Clerk of Court | (BY) DEPUTY CLERK | DATE 9/19/2013 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Copyrights-In-Suit for IP Address 76.124.64.41**

**ISP:** Comcast Cable
**Location:** Norristown, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 07/06/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 07/06/2013 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 07/06/2013 |
| In Love With Lexi | PA0001833318 | 03/18/2013 | 04/12/2013 | 07/07/2013 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 07/06/2013 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 06/14/2013 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 07/06/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 07/06/2013 |
| Private Time | PA0001804966 | 07/31/2012 | 08/21/2012 | 07/06/2013 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 07/06/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 05/04/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 05/04/2013 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 07/06/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 05/24/2013 |
| Technicolor Dreams | PA0001843101 | 04/27/2013 | 05/14/2013 | 07/07/2013 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 07/06/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 05/06/2013 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 07/06/2013 |
| Triple Threat | PENDING | 08/13/2013 | 09/02/2013 | 08/17/2013 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 07/06/2013 |
| Up Close and Personal | PENDING | 07/21/2013 | 08/01/2013 | 07/22/2013 |
| Yeah Baby | PENDING | 07/08/2013 | 08/02/2013 | 07/08/2013 |

EXHIBIT B

EPA196